

FILED
CLERK, U.S. DISTRICT COURT
SEP 2 2 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>Mark Bravio Baca,<br><br>　　　　　Defendant. | Case No.: CR ED 19-0016-MWF-2<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/Calif. for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(✓)　The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on allegations of the violation petition, including

1 | fleeing police officer, apparent ongoing drug abuse
2 |
3 |
4 | and/or
5 | B.  (✓) The defendant has not met his/her burden of establishing by
6 | clear and convincing evidence that he/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: new convictions while on release, allegations of the
10 | petition, active protection order, apparent ongoing drug
11 | abuse
12 |
13 |
14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated: 9/22/25
18 | JEAN ROSENBLUTH
   | U.S. MAGISTRATE JUDGE